**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 02-50389
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FELIPE ZARAGOZA,

Defendant-

Appellant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-95-CR-171-3
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
November 13, 2002

Before JONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM:[*]

Felipe Zaragoza appeals the district court's denial of his motion to reduce or eliminate the restitution order imposed by the district court as part of his sentence. Zaragoza's motion was unauthorized and the district court was without jurisdiction to entertain it. The appeal is therefore dismissed as frivolous. APPEAL DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.